# DECISIONS IN CASES NOT REPORTED.

## FIFTH DEPARTMENT, OCTOBER TERM, 1887.

Miriam D. Paul, Respondent, v. Orrin J. Paul, Appellant.—Judgment reversed and the case sent back to the same referee to find upon the issues respecting the alleged adultery of the plaintiff. The finding as to the defendant's guilt to standing costs of this appeal to be paid by the defendant. Opinion by Smith, P. J.; Barker and Haight, JJ., not sitting.

Benjamin G. Weaver and another. Respondents, v. The City of Rochester, Appellant. — Order modified so as to direct the clerk to reduce the referee's fees to $107.61, and as so modified affirmed, without costs of this appeal to either party. Opinion by Bradley, J.; Barker, J., not sitting.

The People of the State of New York, Respondent, v. Robert Brunt, alias Robert Van Brunt, Appellant —Judgment, conviction and order affirmed, and proceedings remitted to the Court of Oyer and Terminer of Wyoming county to proceed thereon. Opinion by Bradley, J.; Haight, J , not sitting.

Elizabeth W. Greenwood, Individually and as Executrix, etc., Plaintiff, v. Elizabeth S. Marvin and others, Defendants.—Motion for new trial denied, with costs to be paid by the moving defendants. Opinion by Smith, P. J.; Barker, J., not sitting.

In the Matter of the Application of the Commissioners, etc., to Take Certain Lands at Niagara Falls. — Order modified so as to direct the executor and executrix of the estate of Lott C. Clarke, deceased, after the payment of their claims in full, as established by the order, to account on oath and upon demand, assign, transfer and pay over to the Manufacturers' and Traders' Bank the coupons of railroad bonds or any other securities or money held by them as security for their claims that shall remain; and the said Manufacturers and Traders' Bank shall, after the payment of its claim in full, in like manner account to and assign, transfer and pay over to Thomas V. Welch, the receiver, the same or any part thereof that remains, and as so modified affirmed, on the opinion of Daniels, J., at Special Term.

Thurlow W. Abell and others, Respondents, v. Alonzo Bradner and others, Appellants. — Judgment modified as indicated in the opinion, and as so modified affirmed; judgment to be settled by Barker, J. Opinion by Barker, J.

John W. Cramer, Appellant, v. Ossian Bedell, as Administrator, etc., Respondent.—Judgment affirmed, with costs. Opinion by Haight, J.

Mary J. Wildrick, as Executrix, etc., Appellant, v. De Witt C. Hager and others, Respondents.—Judgment affirmed, with costs. Opinion by Smith, P. J.; Bradley, J., not sitting.

The First National Bank of Penn Yan, Respondent, v. William E. Eastman and others, Appellants.—Judgment affirmed. Opinion by Barker, J.

William W. Case, Appellant, v. Orestes M. Hitchcock and another, Respondents —Judgment affirmed. Opinion by Barker, J.

Harrison Shannon and others, Respondents, v. William Howell and others, Appellants. — Judgment modified so as to conform to the prayer for relief in the complaint in reference to the distribution of the proceeds of the sale, and as so modified affirmed, with costs to be paid by the appellants. Order to be settled by Barker, J.

Mary Bleyle, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order affirmed. Opinion by Barker, J.

William O. Newcomb, as sole Overseer of the Poor, etc., Respondent, v. George R. Burt, Appellant.—Motion to dismiss appeal denied without costs. Order appealed from affirmed, with ten dollars costs and disbursements.

Same v. Ezra Decker, Appellant.—Motion to dismiss appeal denied, without costs. Order appealed from affirmed, with ten dollars costs and disbursements.

Caroline Horton, Respondent, v. Thomas Brownsey and others, Appellants.— Order affirmed, with costs of the appeal, to abide the result of a new trial as to the defendant, Thomas Brownsey. Opinion by Smith, P. J.

Frank Calkins, Appellant, v. Orlin Colburn, Respondent.— Judgment and order affirmed. Opinion by Haight, J.; Barker, J., not sitting.

The Village of Suspension Bridge, Appellant, v. George Bedford, Respondent. — Judgment affirmed. Opinion by Bradley, J.

Same v. Same.—Judgment affirmed.

Same v. Same —Judgment affirmed.

J. Emory Jones, Respondent, v. Burton E. Sperry and another, Appellants.—Judgment reversed, and new trial ordered before another referee; costs to abide event. Opinion by Haight, J.

Frances P. Dampf, Plaintiff, v. Jacob Greener, Defendant.—Motion for new trial granted; costs to abide event. Opinion by Smith, P. J.; Bradley, J., not sitting.

Charles Hyde, Respondent, v. William Payne, Appellant.—Judgment reversed, and new trial ordered; costs to abide event. Opinion by Bradley, J.

Henrietta E. Hoxie, Appellant, v. Anna E. Kennedy and another, Respondents.—Motion for new trial granted; costs to abide event. Opinion by Bradley, J.

In the Matter of the Proving of the last Will and Testament of Francis W. Tracy, Deceased.— Decree affirmed, with costs of the appeal to the executors, to be paid out of the estate. Opinion by Smith, P. J.

Anna L. Newcomb and another, Appellants, v. Olive Jeanet Hatch and others, executors, etc., Respondents.— Judgment affirmed, without costs. Opinion by Bradley, J.

Sarah F. Galusha, Appellant, v. Norman H. Galusha, Respondent.—Order affirmed, without costs.

The People of the State of New York, Respondent, v. The Bell Telephone Company of Buffalo, Appellant.—Order affirmed with ten dollars costs and disbursements. Opinion by Smith, P. J.

Jane Bishop, Administratrix, etc., Plaintiff, v. The Grand Lodge of the Empire Order of Mutual Aid of the State of New York, Defendant.—Motion for new trial denied, and judgment ordered for defendant on the verdict on authority of same case (43 Hun, 472). Childs, J., not sitting.

White's Bank of Buffalo and another, Appellants, v. Matilda Farthing and others, Respondents.—First. Order affirmed, with ten dollars costs and disbursements of that appeal. Second. The portion of the judgment appealed from by the plaintiffs is affirmed, with costs to the defendant Kelly. Third. The portion of